IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JO NELL WALKER                                                                                    PLAINTIFF

v.                                                                        CIVIL ACTION NO. 1:16-CV-52-SA-DAS

DOLGENCORP, LLC, BOBBY GLIDEWELL,
and SHIRLEY GLIDEWELL                                                                      DEFENDANTS

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court on the Motion of the Plaintiff, Jo Nell Walker, and the Defendants, Dolgencorp, LLC, Bobby Glidewell and Shirley Glidewell, to dismiss this cause of action, and the Court, being fully advised of the premises and finding this matter has been amicably settled, finds that said Motion is well taken and should be granted. It is, therefore,

ORDERED and ADJUDGED that this cause of action be, and the same is, hereby dismissed with prejudice as to Defendants, Dolgencorp, LLC, Bobby Glidewell and Shirley Glidewell, with each party to bear its own costs.

SO ORDERED this 21st day of September, 2017.


                                                        /s/ Sharion Aycock
                                                        UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED:

/s/ John W Nisbett
John W Nisbett / (MSB #103120)
Heilman Law Group, P.A.
4266 I-55 North, Suite 106
Meadowbrook Office Park
Jackson, MS 39211
TELEPHONE:       (601)914-1025
FACSIMILE:  (601)960-4200
E-MAIL:       jnisbett@heilmanlawgroup.com
*Attorneys for Plaintiff*

/s/ Timothy D. Crawley  
Timothy D. Crawley / (MSB# 7826)  
Thomas M. Wright / (MSB# 103166)  
ANDERSON CRAWLEY & BURKE, PLLC  
ATTORNEYS AT LAW  
POST OFFICE BOX 2540  
RIDGELAND, MS 39158  
TELEPHONE: (601) 707-8800  
FACSIMILE: (601) 707-8801  
E-MAIL: TCrawley@ACBLaw.com  
TWright@ACBLaw.com  
*Attorneys for Defendant, Dolgencorp, LLC*


/s/ William A. Whitehead  
William A. Whitehead / (MSB# 10152)  
BRYAN NELSON, P.A.  
POST OFFICE BOX 18109  
HATTIESBURG, MS 39404-8109  
TELEPHONE: (601) 261-4100  
FACSIMILE: (601) 261-4106  
E-MAIL: wwhitehead@bnlawfirm.com  
*Attorneys for Defendants, Bobby Glidewell  
and Shirley Glidewell*


Prepared and Submitted By:

Timothy D. Crawley / (MSB# 7826)  
Thomas M. Wright / (MSB# 103166)  
ANDERSON CRAWLEY & BURKE, PLLC  
ATTORNEYS AT LAW  
POST OFFICE BOX 2540  
RIDGELAND, MS 39158  
TELEPHONE: (601) 707-8800  
FACSIMILE: (601) 707-8801  
E-MAIL: TCrawley@ACBLaw.com  
TWright@ACBLaw.com