

**John W. Nisbett**
Email: jnisbett@heilmanlawgroup.com

August 20, 2021

**VIA FACSIMILE AND U.S. MAIL**
David Crews
United States District Court
Northern District of Mississippi
911 Jackson Avenue
Oxford, Mississippi 38655
Fax No. (662) 236-5210

    Re:    Cause No. 1:16-CV-52-SA-DAS; *Jo Nell Walker v. Dollar General Corporation*

Dear Mr. Crews:

    I write in response to your letter dated August 19, 2021, regarding certain disclosures made by Honorable Judge Sharon Aycock to the parties in the above-referenced matter.

    The purpose of my response simply is to advise regarding my opinions and experience practicing before Judge Aycock, both in this case as well as others. I strongly believe that Judge Aycock displays not only the absolute highest level of professionalism in her cases but also, in my estimation, that Judge Aycock is of the highest moral and ethical character. It is always an honor when I have the opportunity to appear before her.

    I appreciate her disclosure to the parties, but I have absolutely no concerns whatsoever regarding the matters addressed in your letter. I very much appreciate the opportunity to respond. Thank you, sir.

                                              Sincerely,

                                              HEILMAN LAW GROUP, P. A.

                                              John W. Nisbett

JWN/mlt